IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Umar Clark,

        Plaintiff,

        Case No. 1:19-cv-05310

v.

        Michael L. Brown
Equifax,        United States District Judge

        Defendant.

_____/

## ORDER

The Magistrate Judge denied Plaintiff Umar Clark's application to proceed in forma pauperis ("IFP") and ordered Plaintiff, no later than December 12, 2019, to either file an amended IFP application or pay the filing fee to the Clerk. (Dkt. 2.) Plaintiff did not respond to that order. The Magistrate Judge now recommends dismissal of this action for Plaintiff's failure to comply with a lawful order of the Court. (Dkt. 4.)

When, as here, a party files no objections to a magistrate judge's recommendation, a court reviews the record for plain error. *See United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983) (per curiam). After doing so, the Court finds no error in the Magistrate Judge's

recommendation that this case be dismissed for Plaintiff's failure to comply with a lawful order of the Court.  *See* LR 41.3(A)(2), NDGa.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 4) and **DISMISSES** this case **WITHOUT PREJUDICE** for failure to comply with a lawful order of the Court.

**SO ORDERED** this 9th day of January, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE