UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Umar Clark,
        Plaintiff(s),

vs.

Equifax,
        Defendant(s).

CIVIL ACTION FILE

NO.  1:19-cv-5310-MLB

## **J U D G M E N T**

This action having come before the court, Michael L Brown, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to comply with a court order.

Dated at Atlanta, Georgia this 9th day of January, 2020.

                            JAMES N. HATTEN
                            CLERK OF COURT

               By:   s/D. Burkhalter
                        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
January 9, 2020
James N. Hatten
Clerk of Court

By:   s/D. Burkhalter
       Deputy Clerk